BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

SEALED   FILED
DEC 0 5 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY A. JESSEN
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | 1: 1 2 SW 0 0 3 5 3 - GSA |
| SEARCH WARRANT AUTHORIZED TO SEARCH: | SEALING ORDER |
| A brown cardboard box parcel with Fed-Ex labeled Air Bill # 8018 0295 0127 and its contents | **UNDER SEAL** |

The United States having applied to this Court for an order permitting it to file under seal the search warrant, search warrant application and affidavit in the above-captioned proceedings, together with the accompanying Memorandum and Declaration of Karen A. Escobar, Assistant U.S. Attorney, and good cause appearing thereof,

IT IS SO ORDERED, that the search warrants, search warrant applications and affidavits in the above-entitled proceedings, together with the Application of the United States Attorney and Memorandum and Declaration in Support thereof, shall remain under seal and shall not be disclosed pending further order of this Court.

DATED:  December 4, 2012

Honorable Gary S. Austin
U.S. Magistrate Judge

1